[Civ. No. 4586.   Second Appellate District, Division One.—October 15, 1926.]

## SARAH J. TEDFORD, Respondent, v. SAN DIEGO ELECTRIC RAILWAY CORPORATION, Appellant.

[1] APPEAL — ORDER STRIKING OUT PORTION OF AMENDED ANSWER — NONAPPEALABLE ORDERS—DISMISSAL.—Where it appears from an inspection of the record on appeal that the purported appeal is directed against an order striking out a portion of defendant's amended answer, which is a nonappealable order, the appeal will be dismissed.

---

(1) 3 C. J., p. 488, n. 34.

APPEAL from an order of the Superior Court of San Diego County striking out portion of amended answer. C. N. Andrews, Judge.   Appeal dismissed.

The facts are stated in the opinion of the court.

Read G. Dilworth and V. F. Bennett for Appellant.

D. F. Glidden and Allan Brant for Respondent.

THE COURT.—[1]   It appearing from inspection of the record that the purported appeal is directed against a nonappealable order, to wit, an order striking out a portion of defendant's amended answer, it is ordered that the appeal be and the same hereby is dismissed.

---

1.   See 2 Cal. Jur. 752,